IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S.A. vs. ALEJANDRO BUSTAMANTE			Criminal Action 08-cr-00140-MSK-01

## Petition for Early Termination of Supervised Release

COMES NOW, Amy Fonck, probation officer of the court, presenting an official report upon the conduct and attitude of Alejandro Bustamante who was placed on supervision by the Honorable A. David Mazzone sitting in the court at Boston, Massachusetts, on the 12th day of December, 2001, who fixed the period of supervision at forty-eight (48) months. A transfer of jurisdiction order was signed by the Honorable Edward W. Nottingham sitting in the court at Denver, Colorado, on the 22nd day of March, 2008. The general terms and conditions were imposed and adopted by the court as well as the special conditions and terms as follows:

1. The defendant shall pay a special assessment of $50 forthwith.
2. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER:   (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully,

s/Amy Fonck
Amy Fonck
U.S. Probation Officer
Place: Denver, Colorado
Date: April 3, 2008

## ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States.  It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release.  It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this __3rd_____ day of April 2008.

____*s/ Marcia S. Krieger*_____
Marcia S. Krieger
U. S. District Judge