**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00140-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEJANDRO BUSTAMANTE,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On April 3, 2008, the probation officer submitted a petition for early termination of supervised release in this case. On April 3, 2008, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on April 3, 2008, and the United States has not objected to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED at Denver, Colorado, this 24th day of April, 2008.

                                  **BY THE COURT:**

                                  _____

                                  Marcia S. Krieger
                                  United States District Judge